# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Fax: 919-861-5555

**DATE:** May 24, 2024

**FROM:** Timothy L. Gupton  
Senior U.S. Probation Officer

**SUBJECT:** DAVIS, Jasmine Mariah  
Case No.: 5:19-CR-346-10BO  
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle  
United States District Judge

On October 22, 2021, Jasmine Mariah Davis was convicted of Bank Fraud and Aiding and Abetting. Ms. Williams appeared in United States District Court for the Eastern District of North Carolina and received a term of imprisonment of Time Served, followed by 3 years of supervised release. She began supervision on October 22, 2021, in the Middle District of Florida.

According to the Middle District of Florida, Ms. Davis has performed satisfactorily on supervision. She has submitted to DNA testing, has had no new criminal charges, and has been on the administrative caseload reserved for individuals who have demonstrated a high level of compliance and are considered a low risk for re-offending since May 2022. All drug screens have been negative. Ms. Davis is also gainfully employed with Mosaic Company. She has restitution balance of $26,670.42; however, it is noted that an Agreed Order for Payment ($100 per month) was filed with the court on April 29, 2024. Her term of supervision is set to expire on October 21, 2024.

The probation office is requesting early termination. The U.S. Attorney's Office disagrees with our recommendation for early termination noting that "ongoing supervision provides an incentive for the defendant to remain compliant with her agreed payment terms." Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  _____
Terrence W. Boyle           Date: 5-28-24
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.          Crim. No. 5:19-CR-346-10BO

**JASMINE MARIAH DAVIS**

On October 22, 2021, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: May 24, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 28 day of May, 2024.

Terrence W. Boyle
United States District Judge